IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALTA SUE and JESSE MCPHERSON<br>1080 S. Linden Ave<br>Miamisburg, OH 45342-3446 | :<br>:<br>:<br>: | CASE NO. 3:22-cv-00358 |
| v. | :<br>: | JUDGE |
| AUTO-OWNERS<br>INSURANCE COMPANY<br>6101 Anacapri Boulevard<br>Lansing, MI 48917-8160 | :<br>:<br>:<br>: | JURY TRIAL DEMANDED<br><br>**COMPLAINT** |
| | :<br>:<br>: | |

**PARTIES**

1. Plaintiffs, ALTA SUE MCPHERSON and JESSE MCPHERSON, are individuals residing at the address set forth above.

2. Defendant, AUTO-OWNERS INSURANCE COMPANY ("AUTO-OWNERS"), is a corporation that regularly conducts business in Montgomery County and maintains its principal place of business at the address set forth above.

**JURISDICTION**

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

4. This Court has jurisdiction over the parties pursuant to Ohio Rev. Code § 2307.382(A).

**VENUE**

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

**FACTS**

6. Defendant, in its regular course of business, issued to Plaintiffs a policy of insurance ("the Policy") covering Plaintiffs' property located at 1080 S. Linden Ave, Miamisburg, OH 45342-3446 ("The Properties").

7. Plaintiffs are not in possession of the policy, but on information and belief understand that Defendant is in possession of a copy.

8. The policy number for the policy that was issued is 45-036737-00.

9. On or about December 10, 2021, while the Policy was in full force and effect, Plaintiffs suffered accidental direct physical loss to the property at 1080 S. Linden Ave, Miamisburg, OH 45342-3466 as a result of a peril insured against under the Policies issued by Auto-Owners, to wit, wind damage.

10. Notice of the covered loss was given to Defendant in a prompt and timely manner and Plaintiffs, at all relevant times, fully complied with all the terms and conditions required by the Policy.

11. Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to fully pay to Plaintiffs the monies owed for the damages suffered as a result of the loss.

12. Solely as a result of Defendant's failure and refusal to pay the full amount of benefits to Plaintiffs as required under the policies, Plaintiffs have suffered loss and damage reflected in the estimate attached as Exhibit "A".

**COUNT 1 – BREACH OF CONTRACT**

13. Plaintiffs incorporate by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

14. Defendant is obligated by the terms of the contract to indemnify Plaintiffs' loss.

15. The policy covers direct physical loss to the property unless otherwise excluded in the policies.

16. Plaintiffs' property suffered direct physical loss from a wind event that occurred on December 10, 2021.

17. Plaintiffs hired John Dekker to perform an investigation as to the damage to the property.

18. Mr. Dekker concluded that the losses were caused by the December 10, 2021 wind event and estimated the damages as reflected in Exhibit "A".

19. Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiffs' loss, Defendant has not paid to Plaintiffs all the policy benefits to which they are entitled under the policy.

20. Defendant's refusal to indemnify Plaintiffs' loss constitutes breach of the insurance contract.

## PRAYER

WHEREFORE, Plaintiffs respectfully request the Court grant the following relief:

21. Compensatory damages in the amount of $105,068.68 for damages sustained by the Plaintiffs due to Defendant's breach.

22. Plaintiff's other costs and fees, including court costs and damages for delay.

23. Any other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

24. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiffs demand trial by jury in this action of all triable issues.

Respectfully Submitted,

*/s/ Justin D. Stevenson*
Justin Stevenson, (#0092448)
*Attorney for Plaintiff*
BOWER STEVENSON LLC
2515 Jay Ave., STE 101
Cleveland, Ohio 44113
Phone: (216) 600-8169
Fax: (216) 472-8524
justin@bowerstevenson.com

**EXHIBIT A**



**Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl 32168

| | | | |
|---|---|---|---|
| Insured: | McPherson , Alta & Jesse | Home: | (937) 304-1866 |
| Property: | 1080 South Linden Ave | E-mail: | jesse.mcpherson@att.net |
| | Mianisburg, OH 45342 | | |
| | | | |
| Estimator: | Jamie Raper | Business: | (386) 314-0074 |
| Position: | Estimator | E-mail: | Jraper@coastalclaims.net |
| Company: | Coastal Claims Services, Inc. | | |
| Business: | 2650 N. Dixie Fwy | | |
| | New Smyrna Beach, FL 32168 | | |

**Claim Number:** 300-711822-2021   **Policy Number:** 4503673700   **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date of Loss: | 10/10/2021 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 6/21/2022 11:20 AM |

| | |
|---|---|
| Price List: | OHDT8X_JUN22 |
| | Restoration/Service/Remodel |
| Estimate: | MCPHERSON_ALTA&JESSE |



**Coastal Claims Services, Inc.**

 **Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl 32168

### MCPHERSON_ALTA&JESSE

**Asbestos Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Hazardous Material Remediation* | 1.00 EA | 19,200.00 | 0.00 | 3,840.00 | 23,040.00 | (0.00) | 23,040.00 |

*The item above is for the removal and disposal of the asbestos tile roof on the dwelling and detached garage per estimate #1739 from Miami Valley Environmental Services on 2/2/22.*

| Totals: Asbestos Removal | | | 0.00 | 3,840.00 | 23,040.00 | 0.00 | 23,040.00 |
|---|---|---|---|---|---|---|---|

### Dwelling

### Dwelling



**Dwelling Roof (Asbestos)**

| 1657.40 | Surface Area | | 16.57 | Number of Squares |
|---|---|---|---|---|
| 184.74 | Total Perimeter Length | | 47.50 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Roofing** | | | | | | | |
| 2. Sheathing - plywood - 1/2" CDX | 1,657.40 SF | 3.09 | 200.71 | 1,064.42 | 6,386.50 | (0.00) | 6,386.50 |
| 3. Sheathing - additional cost for H-clips | 1,657.40 SF | 0.11 | 2.32 | 36.92 | 221.55 | (0.00) | 221.55 |
| 4. Add charge for sheathing steep roof - 10/12 - 12/12 slope | 1,657.40 SF | 0.43 | 20.88 | 146.72 | 880.28 | (0.00) | 880.28 |
| 5. Roofing felt - 15 lb. | 16.57 SQ | 30.88 | 7.75 | 103.90 | 623.33 | (0.00) | 623.33 |
| *Base layer of felt* | | | | | | | |
| 6. Roofing felt - 30 lb. | 16.57 SQ | 53.84 | 19.63 | 182.34 | 1,094.10 | (0.00) | 1,094.10 |
| *Top layer of felt* | | | | | | | |
| 7. Fiber cement composite roofing - Slate style | 19.33 SQ | 602.52 | 487.81 | 2,426.90 | 14,561.42 | (0.00) | 14,561.42 |
| *Includes additional 15% for waste and breakage during transit.* | | | | | | | |
| 8. Ridge cap - fiber cement composite shingles | 47.50 LF | 8.97 | 17.59 | 88.74 | 532.41 | (0.00) | 532.41 |
| **Flashing** | | | | | | | |
| 9. Drip edge/gutter apron | 193.98 LF | 3.65 | 18.06 | 145.22 | 871.31 | (0.00) | 871.31 |
| *5% waste factor to account for 3" overlap.* | | | | | | | |
| 10. Caulking - butyl rubber | 184.74 LF | 3.65 | 5.82 | 136.02 | 816.14 | (0.00) | 816.14 |
| *Sealant for the drip edge.* | | | | | | | |
| 11. Valley metal - copper | 14.77 LF | 20.90 | 18.10 | 65.36 | 392.15 | (0.00) | 392.15 |
| 12. Apply roofing sealant/cement - per LF | 29.55 LF | 0.60 | 0.39 | 3.62 | 21.74 | (0.00) | 21.74 |
| *Sealant for both sides of the valley metal.* | | | | | | | |

 **Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl 32168

### CONTINUED - Dwelling Roof (Asbestos)

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 13. Ice & water barrier | 44.32 SF | 1.57 | 1.49 | 14.22 | 85.29 | (0.00) | 85.29 |
| *Ice and water shield to be used under valley metal.* | | | | | | | |
| 14. Step flashing | 13.02 LF | 9.23 | 1.39 | 24.32 | 145.88 | (0.00) | 145.88 |
| 15. Chimney flashing - small (24" x 24") | 1.00 EA | 299.30 | 3.25 | 60.52 | 363.07 | (0.00) | 363.07 |
| **Pipe Jacks, Caps, and Collars** | | | | | | | |
| 16. Flashing - pipe jack | 2.00 EA | 43.73 | 1.86 | 17.88 | 107.20 | (0.00) | 107.20 |
| **Miscellaneous Items** | | | | | | | |
| 17. Delivery Fee* | 1.00 EA | 250.00 | 7.18 | 51.44 | 308.62 | (0.00) | 308.62 |
| 18. Fall protection harness and lanyard - per week | 8.00 WK | 22.00 | 0.00 | 35.20 | 211.20 | (0.00) | 211.20 |
| 19. Television antenna - Detach & reset | 1.00 EA | 111.31 | 0.00 | 22.26 | 133.57 | (0.00) | 133.57 |
| 20. Roofer - per hour | 2.00 HR | 183.03 | 0.00 | 73.22 | 439.28 | (0.00) | 439.28 |
| *Labor to clean up upon completion of roof work.* | | | | | | | |
| **Totals: Dwelling Roof (Asbestos)** | | | 814.23 | 4,699.22 | 28,195.04 | 0.00 | 28,195.04 |



**Shingled Roof**

185.25  Surface Area         1.85  Number of Squares
 38.50  Total Perimeter Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Roofing** | | | | | | | |
| 21. Tear off, haul and dispose of comp. shingles - 3 tab | 1.85 SQ | 61.29 | 0.00 | 22.68 | 136.07 | (0.00) | 136.07 |
| *Includes: Dump fees, hauling, disposal, and labor to remove composition shingles and felt.* | | | | | | | |
| 22. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 1.85 SQ | 16.59 | 0.00 | 6.14 | 36.83 | (0.00) | 36.83 |
| 23. Ice & water barrier | 185.25 SF | 2.05 | 5.19 | 77.00 | 461.95 | (0.00) | 461.95 |
| *Water barrier to be used under valley metal.* | | | | | | | |
| 24. Asphalt starter - universal starter course | 38.50 LF | 2.58 | 1.48 | 20.16 | 120.97 | (0.00) | 120.97 |
| 25. 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 2.33 SQ | 278.11 | 17.26 | 133.06 | 798.32 | (0.00) | 798.32 |
| *10% waste factor for gable roof.* | | | | | | | |



**Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl 32168

### CONTINUED - Shingled Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26. Additional charge for steep roof - 7/12 to 9/12 slope | 1.85 SQ | 65.01 | 0.00 | 24.06 | 144.33 | (0.00) | 144.33 |
| **Flashing** | | | | | | | |
| 27. R&R Drip edge/gutter apron | 40.43 LF | 4.04 | 3.76 | 33.44 | 200.54 | (0.00) | 200.54 |
| *5% waste factor to account for 3" overlap.* | | | | | | | |
| 28. Apply roofing sealant/cement - per LF | 38.50 LF | 0.80 | 0.51 | 6.26 | 37.57 | (0.00) | 37.57 |
| *Sealant for the drip edge.* | | | | | | | |
| 29. R&R Flashing - L flashing - galvanized | 19.00 LF | 4.22 | 1.96 | 16.44 | 98.58 | (0.00) | 98.58 |
| **Miscellaneous Items** | | | | | | | |
| 30. Digital satellite system - Detach & reset | 1.00 EA | 40.49 | 0.00 | 8.10 | 48.59 | (0.00) | 48.59 |
| 31. Digital satellite system - alignment and calibration only | 1.00 EA | 121.48 | 0.00 | 24.30 | 145.78 | (0.00) | 145.78 |
| **Totals: Shingled Roof** | | | 30.16 | 371.64 | 2,229.53 | 0.00 | 2,229.53 |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Gutters** | | | | | | | |
| 32. R&R Gutter / downspout - aluminum - up to 5" | 97.00 LF | 8.79 | 30.49 | 176.64 | 1,059.76 | (0.00) | 1,059.76 |
| 33. R&R Gutter guard/screen - High grade | 97.00 LF | 13.82 | 25.80 | 273.26 | 1,639.60 | (0.00) | 1,639.60 |
| **Downspouts** | | | | | | | |
| 34. R&R Gutter / downspout - aluminum - up to 5" | 24.00 LF | 8.79 | 7.54 | 43.68 | 262.18 | (0.00) | 262.18 |
| *Front Elevation* | | | | | | | |
| 35. R&R Gutter / downspout - aluminum - up to 5" | 11.00 LF | 8.79 | 3.46 | 20.04 | 120.19 | (0.00) | 120.19 |
| *Right elevation* | | | | | | | |
| 36. R&R Gutter / downspout - aluminum - up to 5" | 15.00 LF | 8.79 | 4.71 | 27.32 | 163.88 | (0.00) | 163.88 |
| *Rear Elevation* | | | | | | | |
| **General** | | | | | | | |
| 37. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 151.05 | 0.00 | 30.22 | 181.27 | (0.00) | 181.27 |
| **Totals: Gutters** | | | 72.00 | 571.16 | 3,426.88 | 0.00 | 3,426.88 |
| **Total: Dwelling** | | | 916.39 | 5,642.02 | 33,851.45 | 0.00 | 33,851.45 |

 **Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl  32168

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total:  Dwelling** | | | **916.39** | **5,642.02** | **33,851.45** | **0.00** | **33,851.45** |

### Dwelling Exterior

#### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Soffit/Fascia** | | | | | | | |
| 38.  R&R Fascia - metal - 8" | 74.50 LF | 6.51 | 13.61 | 99.72 | 598.33 | (0.00) | 598.33 |
| 39.  R&R Attic vent - gable end - metal - 12" x 18" | 1.00 EA | 76.22 | 1.35 | 15.54 | 93.11 | (0.00) | 93.11 |
| **Siding** | | | | | | | |
| 40.  R&R Siding - vinyl | 546.95 SF | 5.24 | 91.12 | 591.42 | 3,548.56 | (0.00) | 3,548.56 |
| 41.  R&R Fanfold foam insulation board - 1/4" | 546.95 SF | 0.93 | 9.95 | 103.74 | 622.35 | (0.00) | 622.35 |
| **Windows/Doors** | | | | | | | |
| 42.  R&R Wrap wood window frame & trim with aluminum sheet | 4.00 EA | 231.14 | 12.89 | 187.48 | 1,124.93 | (0.00) | 1,124.93 |
| 43.  R&R Metal Z flashing / drip cap | 6.00 LF | 3.29 | 0.31 | 4.02 | 24.07 | (0.00) | 24.07 |
| **Miscellaneous Items** | | | | | | | |
| 44.  Exterior light fixture - Detach & reset | 1.00 EA | 79.45 | 0.00 | 15.90 | 95.35 | (0.00) | 95.35 |
| **Totals:  Front Elevation** | | | **129.23** | **1,017.82** | **6,106.70** | **0.00** | **6,106.70** |

#### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Soffit/Fascia** | | | | | | | |
| 45.  R&R Fascia - metal - 8" | 60.50 LF | 6.51 | 11.05 | 81.00 | 485.91 | (0.00) | 485.91 |
| **Siding** | | | | | | | |
| 46.  R&R Siding - vinyl | 358.02 SF | 5.24 | 59.65 | 387.14 | 2,322.81 | (0.00) | 2,322.81 |
| 47.  R&R Fanfold foam insulation board - 1/4" | 358.02 SF | 0.93 | 6.52 | 67.90 | 407.38 | (0.00) | 407.38 |
| **Windows/Doors** | | | | | | | |
| 48.  R&R Wrap wood window frame & trim with aluminum sheet | 3.00 EA | 231.14 | 9.66 | 140.62 | 843.70 | (0.00) | 843.70 |
| 49.  R&R Metal Z flashing / drip cap | 6.00 LF | 3.29 | 0.31 | 4.02 | 24.07 | (0.00) | 24.07 |
| **Miscellaneous Items** | | | | | | | |
| 50.  Clothes dryer vent cover - Detach & reset | 1.00 EA | 33.95 | 0.00 | 6.80 | 40.75 | (0.00) | 40.75 |
| **Totals:  Right Elevation** | | | **87.19** | **687.48** | **4,124.62** | **0.00** | **4,124.62** |

 **Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl  32168

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Soffit/Fascia** | | | | | | | |
| 51. R&R Fascia - metal - 8" | 60.50 LF | 6.51 | 11.05 | 81.00 | 485.91 | (0.00) | 485.91 |
| 52. R&R Attic vent - gable end - metal - 12" x 18" | 1.00 EA | 76.22 | 1.35 | 15.54 | 93.11 | (0.00) | 93.11 |
| **Siding** | | | | | | | |
| 53. R&R Siding - vinyl | 415.45 SF | 5.24 | 69.21 | 449.22 | 2,695.39 | (0.00) | 2,695.39 |
| 54. R&R Fanfold foam insulation board - 1/4" | 415.45 SF | 0.93 | 7.56 | 78.80 | 472.73 | (0.00) | 472.73 |
| **Windows/Doors** | | | | | | | |
| 55. R&R Wrap wood window frame & trim with aluminum sheet | 3.00 EA | 231.14 | 9.66 | 140.62 | 843.70 | (0.00) | 843.70 |
| 56. R&R Wrap wood door frame & trim with aluminum (PER LF) | 17.00 LF | 15.74 | 2.99 | 54.12 | 324.69 | (0.00) | 324.69 |
| 57. R&R Metal Z flashing / drip cap | 9.00 LF | 3.29 | 0.47 | 6.02 | 36.10 | (0.00) | 36.10 |
| **Miscellaneous Items** | | | | | | | |
| 58. Detach & Reset Meter mast for overhead power - 2" conduit | 1.00 EA | 581.83 | 0.00 | 116.36 | 698.19 | (0.00) | 698.19 |
| 59. Meter base and main disconnect - Detach & reset | 1.00 EA | 328.34 | 0.00 | 65.66 | 394.00 | (0.00) | 394.00 |
| 60. Electrician - per hour | 3.00 HR | 100.00 | 0.00 | 60.00 | 360.00 | (0.00) | 360.00 |
| *Labor to detach and reset electrical conduit in order to remove and replace the siding.* | | | | | | | |
| 61. Exterior light fixture - Detach & reset | 1.00 EA | 79.45 | 0.00 | 15.90 | 95.35 | (0.00) | 95.35 |
| 62. Exterior faucet / hose bibb - Detach & reset | 1.00 EA | 76.00 | 0.00 | 15.20 | 91.20 | (0.00) | 91.20 |
| **Totals: Rear Elevation** | | | **102.29** | **1,098.44** | **6,590.37** | **0.00** | **6,590.37** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Soffit/Fascia** | | | | | | | |
| 63. R&R Fascia - metal - 8" | 11.67 LF | 6.51 | 2.13 | 15.60 | 93.70 | (0.00) | 93.70 |
| **Siding** | | | | | | | |
| 64. R&R Siding - vinyl | 452.17 SF | 5.24 | 75.33 | 488.94 | 2,933.65 | (0.00) | 2,933.65 |
| 65. R&R Fanfold foam insulation board - 1/4" | 452.17 SF | 0.93 | 8.23 | 85.74 | 514.49 | (0.00) | 514.49 |
| **Windows/Doors** | | | | | | | |
| 66. R&R Wrap wood window frame & trim with aluminum sheet | 3.00 EA | 231.14 | 9.66 | 140.62 | 843.70 | (0.00) | 843.70 |
| 67. R&R Metal Z flashing / drip cap | 9.00 LF | 3.29 | 0.47 | 6.02 | 36.10 | (0.00) | 36.10 |
| **Miscellaneous Items** | | | | | | | |
| 68. Remove Disconnect box - 30 amp - non fused | 1.00 EA | 19.93 | 0.00 | 3.98 | 23.91 | (0.00) | 23.91 |

 **Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl 32168

### CONTINUED - Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 69. Install Disconnect box - 30 amp - non fused | 1.00 EA | 149.34 | 0.00 | 29.86 | 179.20 | (0.00) | 179.20 |
| 70. Low voltage box - Detach & reset | 3.00 EA | 32.53 | 0.00 | 19.52 | 117.11 | (0.00) | 117.11 |
| 71. Central air - condenser unit - Detach & reset | 1.00 EA | 635.07 | 0.00 | 127.02 | 762.09 | (0.00) | 762.09 |
| **Totals: Left Elevation** | | | 95.82 | 917.30 | 5,503.95 | 0.00 | 5,503.95 |
| **Total: Dwelling Exterior** | | | 414.53 | 3,721.04 | 22,325.64 | 0.00 | 22,325.64 |

### Garage
### Garage



**Garage Roof**

| 668.58 | Surface Area | | 6.69 | Number of Squares |
|---|---|---|---|---|
| 103.43 | Total Perimeter Length | | 26.00 | Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

*The removal and disposal of the asbestos tile garage roof is included in the estimate #1739 from Miami Valley Environmental Services on 2/2/22.*

**Roofing**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Sheathing - plywood - 1/2" CDX | 668.58 SF | 3.09 | 80.96 | 429.38 | 2,576.25 | (0.00) | 2,576.25 |
| 73. Sheathing - additional cost for H-clips | 668.58 SF | 0.11 | 0.94 | 14.88 | 89.36 | (0.00) | 89.36 |
| 74. Roofing felt - 15 lb. | 6.69 SQ | 30.88 | 3.13 | 41.94 | 251.66 | (0.00) | 251.66 |
| *Base layer of felt* | | | | | | | |
| 75. Roofing felt - 30 lb. | 6.69 SQ | 53.84 | 7.92 | 73.62 | 441.73 | (0.00) | 441.73 |
| *Top layer of felt* | | | | | | | |
| 76. Fiber cement composite roofing - Slate style | 8.00 SQ | 602.52 | 201.89 | 1,004.42 | 6,026.47 | (0.00) | 6,026.47 |
| *Includes additional 15% for waste and breakage during transit.* | | | | | | | |
| 77. Ridge cap - fiber cement composite shingles | 26.00 LF | 8.97 | 9.63 | 48.56 | 291.41 | (0.00) | 291.41 |

**Flashing**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 78. Drip edge/gutter apron | 108.60 LF | 3.65 | 10.11 | 81.30 | 487.80 | (0.00) | 487.80 |
| *5% waste factor to account for 3" overlap.* | | | | | | | |
| 79. Apply roofing sealant/cement - per LF | 103.43 LF | 0.60 | 1.38 | 12.70 | 76.14 | (0.00) | 76.14 |

 **Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl 32168

### CONTINUED - Garage Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *Sealant for the drip edge.* | | | | | | | |
| **Pipe Jacks, Caps, and Collars** | | | | | | | |
| 80. R&R Exhaust cap - through roof - up to 4" | 1.00 EA | 84.34 | 1.75 | 17.22 | 103.31 | (0.00) | 103.31 |
| **Miscellaneous Items** | | | | | | | |
| 81. Fall protection harness and lanyard - per week | 2.00 WK | 22.00 | 0.00 | 8.80 | 52.80 | (0.00) | 52.80 |
| 82. Roofer - per hour | 1.00 HR | 183.03 | 0.00 | 36.60 | 219.63 | (0.00) | 219.63 |
| *Labor to clean up upon completion of roof work.* | | | | | | | |
| **Totals: Garage Roof** | | | 317.71 | 1,769.42 | 10,616.56 | 0.00 | 10,616.56 |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Gutters** | | | | | | | |
| 83. R&R Gutter / downspout - aluminum - up to 5" | 52.00 LF | 8.79 | 16.34 | 94.68 | 568.10 | (0.00) | 568.10 |
| **Downspouts** | | | | | | | |
| 84. R&R Gutter / downspout - aluminum - up to 5" | 11.00 LF | 7.61 | 3.34 | 17.40 | 104.45 | (0.00) | 104.45 |
| *Right elevation* | | | | | | | |
| 85. R&R Gutter / downspout - aluminum - up to 5" | 11.00 LF | 7.61 | 3.34 | 17.40 | 104.45 | (0.00) | 104.45 |
| *Left elevation* | | | | | | | |
| **General** | | | | | | | |
| 86. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 151.05 | 0.00 | 30.22 | 181.27 | (0.00) | 181.27 |
| **Totals: Gutters** | | | 23.02 | 159.70 | 958.27 | 0.00 | 958.27 |
| **Total: Garage** | | | 340.73 | 1,929.12 | 11,574.83 | 0.00 | 11,574.83 |
| **Total: Garage** | | | 340.73 | 1,929.12 | 11,574.83 | 0.00 | 11,574.83 |

### Garage Exterior

**Front Elevation**

 **Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl  32168

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Siding** | | | | | | | |
| 87.  R&R Siding - aluminum (.024 thickness) | 260.00 SF | 8.90 | 101.56 | 483.12 | 2,898.68 | (0.00) | 2,898.68 |
| 88.  R&R Fanfold foam insulation board - 1/4" | 260.00 SF | 0.93 | 4.73 | 49.30 | 295.83 | (0.00) | 295.83 |
| **Windows/Doors** | | | | | | | |
| 89.  R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 231.14 | 3.22 | 46.86 | 281.22 | (0.00) | 281.22 |
| 90.  R&R Metal Z flashing / drip cap | 3.00 LF | 3.29 | 0.16 | 2.00 | 12.03 | (0.00) | 12.03 |
| **Totals:  Front Elevation** | | | 109.67 | 581.28 | 3,487.76 | 0.00 | 3,487.76 |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Siding** | | | | | | | |
| 91.  R&R Siding - aluminum (.024 thickness) | 169.68 SF | 8.90 | 66.28 | 315.28 | 1,891.71 | (0.00) | 1,891.71 |
| 92.  R&R Fanfold foam insulation board - 1/4" | 169.68 SF | 0.93 | 3.09 | 32.18 | 193.07 | (0.00) | 193.07 |
| **Windows/Doors** | | | | | | | |
| 93.  R&R Wrap wood garage door frame & trim with aluminum (PER LF) | 44.00 LF | 14.23 | 7.82 | 126.80 | 760.74 | (0.00) | 760.74 |
| 94.  Overhead door weather stop | 44.00 LF | 3.91 | 3.76 | 35.16 | 210.96 | (0.00) | 210.96 |
| 95.  Seal & paint single garage door opening & trim | 2.00 EA | 83.60 | 1.22 | 33.68 | 202.10 | (0.00) | 202.10 |
| **Miscellaneous Items** | | | | | | | |
| 96.  Exterior light fixture - Detach & reset | 1.00 EA | 79.45 | 0.00 | 15.90 | 95.35 | (0.00) | 95.35 |
| **Totals:  Right Elevation** | | | 82.17 | 559.00 | 3,353.93 | 0.00 | 3,353.93 |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Siding** | | | | | | | |
| 97.  R&R Siding - aluminum (.024 thickness) | 260.00 SF | 8.90 | 101.56 | 483.12 | 2,898.68 | (0.00) | 2,898.68 |
| 98.  R&R Fanfold foam insulation board - 1/4" | 260.00 SF | 0.93 | 4.73 | 49.30 | 295.83 | (0.00) | 295.83 |
| **Totals:  Rear Elevation** | | | 106.29 | 532.42 | 3,194.51 | 0.00 | 3,194.51 |

 **Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl 32168

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Siding** | | | | | | | |
| 99. R&R Siding - aluminum (.024 thickness) | 260.00 SF | 8.90 | 101.56 | 483.12 | 2,898.68 | (0.00) | 2,898.68 |
| 100. R&R Fanfold foam insulation board - 1/4" | 260.00 SF | 0.93 | 4.73 | 49.30 | 295.83 | (0.00) | 295.83 |
| **Windows/Doors** | | | | | | | |
| 101. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 231.14 | 3.22 | 46.86 | 281.22 | (0.00) | 281.22 |
| 102. R&R Metal Z flashing / drip cap | 3.00 LF | 3.29 | 0.16 | 2.00 | 12.03 | (0.00) | 12.03 |
| **Totals: Left Elevation** | | | 109.67 | 581.28 | 3,487.76 | 0.00 | 3,487.76 |
| **Total: Garage Exterior** | | | 407.80 | 2,253.98 | 13,523.96 | 0.00 | 13,523.96 |

### General Items

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 103. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 556.70 | 0.00 | 111.34 | 668.04 | (0.00) | 668.04 |
| *For the disposal of all construction debris other than roofing materials.* | | | | | | | |
| 104. Material Only Sheathing - plywood - 3/4" CDX | 128.00 SF | 2.43 | 21.77 | 66.56 | 399.37 | (0.00) | 399.37 |
| *For preventing damage caused by delivery and/or pick up of dumpster.* | | | | | | | |
| 105. Temporary toilet (per month) | 2.00 MO | 124.99 | 0.00 | 50.00 | 299.98 | (0.00) | 299.98 |
| 106. Residential Supervision / Project Management - per hour | 30.00 HR | 63.27 | 0.00 | 379.62 | 2,277.72 | (0.00) | 2,277.72 |
| *Labor to schedule/coordinate multiple trades and monitor the progress of the job.* | | | | | | | |
| 107. General Laborer - per hour | 40.00 HR | 43.66 | 0.00 | 349.28 | 2,095.68 | (0.00) | 2,095.68 |
| *Daily jobsite clean up.* | | | | | | | |
| 108. Fuel surcharge | 1.00 EA | 350.00 | 0.00 | 70.00 | 420.00 | (0.00) | 420.00 |

*As the imbalance of supply and demand continues to persist, inflation pressure has now been intensified by global unrest. The confluence of these factors is providing a challenging mix of supply chain disruptions leading to extreme rising costs and freight for all products from our manufacturing partners. We are experiencing increase costs across all products and manufacturers.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: General Items** | | | 21.77 | 1,026.80 | 6,160.79 | 0.00 | 6,160.79 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 109. Framing labor minimum | 1.00 EA | 189.75 | 0.00 | 37.96 | 227.71 | (0.00) | 227.71 |
| 110. Overhead door labor minimum* | 1.00 EA | 133.25 | 0.00 | 26.66 | 159.91 | (0.00) | 159.91 |
| 111. Plumbing labor minimum | 1.00 EA | 244.90 | 0.00 | 48.98 | 293.88 | (0.00) | 293.88 |

MCPHERSON_ALTA&JESSE · 6/22/2022 · Page: 10

 **Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl  32168

### CONTINUED - Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Labor Minimums Applied** | | | 0.00 | 113.60 | 681.50 | 0.00 | 681.50 |
| **Line Item Totals: MCPHERSON_ALTA&JESSE** | | | 2,101.22 | 18,526.56 | 111,158.17 | 0.00 | 111,158.17 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 913.07 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 2,616.74 | Surface Area | 26.17 | Number of Squares | 353.67 | Total Perimeter Length |
| 73.50 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 86,002.78 | 77.37% | 86,002.78 | 77.37% |
| Other Structures | 25,155.39 | 22.63% | 25,155.39 | 22.63% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 111,158.17 | 100.00% | 111,158.17 | 100.00% |

 **Coastal Claims Services, Inc.**

2650 N Dixie Fwy  
New Smyrna Beach, Fl  32168

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 70,314.32 |
| Material Sales Tax | 1,354.44 |
| Subtotal | 71,668.76 |
| Overhead | 7,167.01 |
| Profit | 7,167.01 |
| **Replacement Cost Value** | **$86,002.78** |
| **Net Claim** | **$86,002.78** |

Jamie Raper  
Estimator

 **Coastal Claims Services, Inc.**

2650 N Dixie Fwy
New Smyrna Beach, Fl  32168

## Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 20,216.07 |
| Material Sales Tax | 746.78 |
| Subtotal | 20,962.85 |
| Overhead | 2,096.27 |
| Profit | 2,096.27 |
| **Replacement Cost Value** | **$25,155.39** |
| **Net Claim** | **$25,155.39** |

Jamie Raper
Estimator




Dwelling





N

Garage