UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALTA SUE MCPHERSON, *et al.*,

    Plaintiffs,

vs.

AUTO-OWNERS INSURANCE
COMPANY,

    Defendant.

Case No. 3:22cv358

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISMISS PLAINTIFF JESSE MCPHERSON (Doc. No. 14); (2) DISMISSING WITH PREJUDICE JESSE MCPHERSON AS A PLAINTIFF IN THIS CASE; AND (3) NOTING THAT THE CASE REMAINS PENDING ON THE DOCKET**

---

For the reasons set forth by Plaintiffs and for good cause shown, the Court **GRANTS** Plaintiffs' unopposed motion to dismiss Plaintiff Jesse McPherson (Doc. No. 14) and **DISMISSES with prejudice** Jesse McPherson as a Plaintiff in this case. *See* Fed. R. Civ. P. 41(a). The case otherwise remains pending on the docket.

    **IT IS SO ORDERED.**

  August 17, 2023                                     s/Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                         United States District Judge