# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **ALTA SUE McPHERSON, et al.,** | : | CASE NO.  3:22-cv-00358 |
| | | **Judge Michael J. Newman** |
| Plaintiffs, | : | |
| v. | : | DISMISSAL ENTRY |
| **AUTO-OWNERS INSURANCE COMPANY,** | : | |
| | : | |
| Defendant. | | |

It appearing to the Court that the above-captioned case has been fully compromised and settled, the same is hereby ordered dismissed, with prejudice. Each party to bear their own court costs.

SO ORDERED.

                                           s/Michael J. Newman
                                           Hon. Michael J. Newman
                                           United States District Judge

Agreed to:

/s/ JANE M. LYNCH
JANE M. LYNCH (0012180)
GREEN & GREEN, LAWYERS
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel. 937.224.3333
jmlynch@green-law.com
Fax. 937.224.4311
Attorney for Defendant Auto-Owners Insurance Company

Per Telephone Authority 08/29/2023
DANIEL W. BALLARD (102851)
MERLIN LAW GROUP, PA
125 Half Mile Road, Suite 110
Red Bank, NJ  07701
Tele. 732.704.4647
dballard@merlinlawgroup.com
Fax. 732.704.4651
Attorney for Plaintiff Alta Sue McPherson

2